**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ANGELA CHRISTINE FRANK,

Plaintiff,

v.

FRANK BISIGNANO,
Commissioner of Social Security,

Defendant.

Case No.: 2:26-cv-01894-NJK

ORDER GRANTING

**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT FOR PLAINTIFF**

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that this action be remanded for further administrative action pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four.

On remand, the Commissioner will remand the case to an administrative law judge (ALJ) for a new decision. The ALJ will further develop the record as necessary and offer Plaintiff the opportunity for a hearing. The ALJ will reconsider the pertinent issues, including but not limited to evaluating

Plaintiff's symptom allegations. *See* 20 C.F.R. §§ 404.1529, 416.929.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Dated: October 23, 2026

Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

*/s/ Marc V. Kalagian*
MARC V. KALAGIAN
(*as authorized via email on October 23, 2026)
Attorney for Plaintiff

Dated: October 23, 2026

Respectfully submitted,

SIGAL CHATTAH
First Assistant United States Attorney

*/s/ David Priddy*
DAVID PRIDDY
Special Assistant United States Attorney
Attorneys for Defendant

The Clerk's Office is INSTRUCTED to close this case.

IT IS SO ORDERED.

DATED: October 26, 2026

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE